**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE No. 10-20767-CR-KING**

FILED by AP D.C.
JAN 21 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LAWRENCE S. DURAN,

Defendant,

and

WELLS FARGO,

Garnishee.
_______________________________/

## MOTION FOR WRIT OF GARNISHMENT

Pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, the Plaintiff, the United States of America, by the undersigned Assistant United States Attorney for the Southern District of Florida, hereby applies for the issuance of a Writ of Garnishment to the Garnishee(s) named in the caption above. In support of this Application, the United States asserts the following:

1. On September 16, 2011, the Court imposed judgment against the defendant, Lawrence S. Duran, including an assessment in the amount of $3,800.00, and restitution in the amount of $87,533,863.46, plus statutory interest. (DE 323).

2. To date, a total of $21,616.14 has been received and credited towards the judgment. The debt remains unsatisfied.

3. The United States believes that the Garnishee named in the caption has in its possession, custody or control, property or assets in which the defendant has a substantial nonexempt interest under his name.

4. The defendant's Social Security Number is XXX-XX-0332 and his last known address is:

Last Known Address: 1800 NE 114th ST., Apt. 411
Miami, FL 33181

Present Address: Lawrence S. Duran Register No. (95722-004)
USP Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521

WHEREFORE, Plaintiff, the United States of America, requests that the Clerk of this Court issue a Writ of Garnishment against Garnishee, in accordance with the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205. A proposed Writ of Garnishment is attached.

Dated: January 21, 2016
Miami, FL

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: ______________________

Vivian Rosado
Assistant United States Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Fla. Bar No. 849367
Tel: (305) 961-9313
Fax: (305) 530-7195
E-mail: vivivan.rosado@usdoj.gov