**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE No. 10-20767-CR-KING**

FILED by AP D.C.
JAN 2 0 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LAWRENCE S. DURAN,

Defendant,

and

NORTHWESTERN MUTUAL,

Garnishee.
_______________________________/

**WRIT OF GARNISHMENT**

TO: NORTHWESTERN MUTUAL
ATTN: LEGAL PROCESS UNIT
720 E. WISCONSIN AVE
MILWAUKEE, WI 53202

PURSUANT TO UNITED STATES CODE TITLE 28, SECTION 3205, YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA THE ASSETS OR PROPERTY IN YOUR CUSTODY, CONTROL OR POSSESSION IN WHICH THE DEFENDANT HAS AN OWNERSHIP INTEREST.

Please read the following instructions regarding the steps you must take to comply with this Writ. For additional information, you may want to contact your attorney or the attorney for the United States identified in Paragraph 6.

INSTRUCTIONS TO THE GARNISHEE

1. The names Social Security Number and last known addresses of the person who is the defendant in this action and whose property is subject to this Writ is:

Lawrence S. Duran
SSN: XXX-XX-0332

Last Known Address: 1800 NE 114th ST., Apt. 411
Miami, FL 33181

Present Address: Lawrence S. Duran Register No. (95722-004)
USP Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521

2. On September 16, 2011, the Court imposed judgment against the defendant, Lawrence S. Duran, to include an assessment in the amount of $3,800.00, and restitution in the amount of $87,533,863.46, plus statutory interest (D.E. 323). To date, the judgment has not been satisfied.

3. If you have in your custody, control or possession any property or assets of the defendant, Lawrence S. Duran, or if you obtain custody, control or possession of such property while this Writ is in effect, you must immediately withhold the property and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect.

4. You are required to answer this Writ within 10 days after the service of the Writ upon you. YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OR ASSETS OF THE DEFENDANTS. Your Answer must state, under oath, the following information:

a. whether you have custody, control or possession of property or assets belonging the defendant, Lawrence S. Duran;

b. a description of the property or assets and the value of the defendant's interest therein;

c. a description of any other garnishments, suggestions or levies to which the property or assets are subject and the extent to which any remaining property or assets are exempt from garnishment, suggestion or levy; and

d. the amount of any property or assets, including but not limited to earnings and interest, you anticipate will accrue to the defendants in the future and the date on which payment will be made.

5. After you complete the answer under oath, you must mail or deliver an answer bearing the original signature of the person preparing the answer to:

Clerk, United States District Court
400 N. Miami Ave., 8th Floor
Miami, FL 33128

At the same time you mail the answer to the Clerk, you must also mail or deliver copies of the answer to:

Vivian Rosado
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, Florida 33132

Additionally, you must serve a copy of this writ and your answer upon the Defendant:

Lawrence S. Duran Register No. (95722-004)
USP Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521

6. If you have any questions, you should contact your attorney. You may also contact the following representative of the United States:

Vivian Rosado
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-961-9313
Fax: 305-530-7139

7. IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD PROPERTY OR ASSETS SUBJECT TO THIS WRIT, THE UNITED STATES OF AMERICA MAY REQUEST THE COURT TO ORDER YOU TO APPEAR BEFORE THE COURT AND SHOW GOOD CAUSE FOR YOUR FAILURE TO COMPLY, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NON-EXEMPT ASSETS WHICH WAS IN, OR CAME INTO YOUR POSSESSION, CUSTODY OR CONTROL.

**8. NOTICE TO DEBTOR PURSUANT TO 28 U.S.C. § 3202 (b)**

You are hereby notified that the property subject to the Writ of Garnishment or Execution is being taken by the United States Government, which has a court judgment in the above captioned case, as more fully described in the Writ.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States Government if the judgment debtor can show that the exemptions apply. Below is a summary of the exemptions and/or limitations which may apply:

Exemptions available under the laws of the State of Florida are generally not available to a federal criminal judgment debtor in proceedings commenced under the Federal Debt Collection Procedures Act. The following property is, however, exempt from levy under federal law: (1) wearing apparel and school books; (2) fuel, provisions, furniture and personal effects; (3) books and tools of a trade, business, or profession; (4) unemployment benefits; (5) undelivered mail;

(6) certain annuity and pension payments; (7) workmen's compensation; (8) judgments for support of minor children; (10) certain service-connected disability payments; and (12) assistance under Job Training Partnership Act. See 18 U.S.C. § 3613 and 26 U.S.C. § 6334. There is also a limitation regarding certain disposable earnings pursuant to the provisions of Section 303 of the Consumer Credit Protection Act, 15 U.S.C. § 1673.

If you are the judgment debtor, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions and/or limitations or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court, 400 N. Miami Ave., 8th Floor, Miami, FL 33128. You must send a copy of your request to the United States Attorney's Office at 99 N.E. 4th Street, Miami, Florida 33132, so the Government will know you want a hearing. The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your property may be sold and the payment used toward the money you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must

make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court, 400 N. Miami Ave., 8th Floor, Miami, Florida 33128. You must also send a copy of your request to the United States Attorney's Office at 99 N.E. 4th Street, Miami, Florida 33132, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

STEVEN M. LARIMORE
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATE: JAN 21 2016

DEPUTY CLERK
UNITED STATES DISTRICT COURT