UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 10-20767-CV-DIMITROULEAS

Plaintiff,

vs.

LAWRENCE DURAN,

Defendant.
_______________________________________/

**ORDER**

THIS CAUSE is before the Court on Defendant Duran's Motion for Reduction in Sentence [DE-607], and the Court, having considered the motion and exhibits, the Government's April 17, 2025 Response [DE-614], the Court file and Pre-sentence Investigation Report (PSIR) and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court agrees with the Government's response. Defendant has not shown that his mother's medical conditions or his medical conditions rise to the level of constituting extraordinary and compelling reasons to reduce his sentence. Moreover, having considered the factors in 18 USC § 3553(a), the Court declines to exercise discretion to grant any reduction. The reduction would not promote respect for the law or act as a deterrent.

On May 3, 2011, Duran pled guilty to multiple felonies, including: Conspiracy to Defraud Medicare, Health Care Fraud, Money Laundering and Structuring [DE-220]. On September 16, 2011, he was sentenced to 50 years in prison [DE-323]. He had submitted 866,000 false claims to Medicare in the amount of hundreds of millions of dollars; he received over 87 million dollars from the fraud [DE-339, p. 28]. On February 25, 2013, the Eleventh Circuit Court of Appeals affirmed his harsh sentence, indicating, " So goes the world of crime and punishment." [DE-526, p. 26]. The Court declines to exercise discretion to grant a reduction.

The Motion [DE-607] is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of May, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record